In the Matter of JOHN M. PAUL, Appellant, against THOMAS F. FOLEY, as Commissioner of Public Safety of the City of White Plains, et al., Respondents.

Submitted February 28, 1938; decided March 2, 1938.

*William R. Condit,* Corporation Counsel (*Samuel Faile* of counsel), for motion.

*John W. Olmstead* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.